Entered on Docket
November 10, 2010

_____
Hon. Gregg W. Zive
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com,

Wells Fargo Bank, N.A.
10-73587

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case Number: 10-53463-gwz |
|---|---|
| Jose Armando Herrera and Maria Emillia Herrera | Date: 10/26/2010<br>Time: 10:00 am |
| | Chapter 7 |
| Debtor(s). | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the above-entitled bankruptcy proceeding regarding the subject property generally described as 144 Broadleaf Lane , Carson City, NV  89706.

///

///

///

IT IS SO ORDERED this _____ day of _____, 2010.

Submitted by:
**WILDE & ASSOCIATES**

_____#10235_____

**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

APPROVED / DISAPPROVED

_____
**Joe M. Laub**
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**C. Geoffrey Wilson**
Chapter 7 Trustee

1  In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately
2  reflects the court's ruling and that (check one):
   ____ The court has waived the requirements set forth in LR 9021(b)(1).
3  ____ No party appeared at the hearing or filed an objection to the motion.
   _x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and
4        any unrepresented parties who appeared at the hearing, and each has approved or
         disapproved the order, or failed to respond, as indicated below [list each property and
5        whether the party has approved, disapproved, or failed to respond to the document]:
6
   _x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the
7        motion pursuant to LR 9014(g), and that no party has objected to the form or content of the
         order.
8  Debtor's counsel:
9  ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
10 ____ appeared at the hearing, waived the right to review the order
   ____ matter unopposed, did not appear at the hearing, waived the right to review the order
11 Trustee:
12 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  _x_ failed to respond to the document
13
14 ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
        counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
15      parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
16      respond, as indicated below.

17 Debtor's counsel:
18 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document
19 ____ appeared at the hearing, waived the right to review the order
20 ____ matter unopposed, did not appear at the hearing, waived the right to review the order
21 Trustee:
22 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or  ____ failed to respond to the document
23
   ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
24      written objection.
25
26 Submitted by:
   /s/ Gregory L. Wilde, Esq.
   Gregory L. Wilde, Esq.
   Attorney for Secured Creditor